1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VICTOR A. MARTINEZ, | ) | Case No. CV 08-8601 JVS(JC) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | |
| J.D. HARTLEY, | ) | JUDGMENT |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: March 23, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE